UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                                                   CASE NO. 8:09-cr-585-T-24TBM

STEPHEN E. BOWMAN
_____/

ACCEPTANCE OF PLEA OF GUILTY
AND ADJUDICATION OF GUILT

The Defendant, Stephen E. Bowman, entered a plea of guilty to Counts One and Twelve of the Superseding Indictment before Magistrate Judge Thomas B. McCoun, III on June 21, 2011.  The Magistrate Judge issued a Report and Recommendation in which he recommended the pleas of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

Accordingly, it is ORDERED and ADJUDGED:

1. That the Magistrate Judge's Report and Recommendation be adopted and confirmed and made a part hereof.

2. That the defendant, Stephen E. Bowman be adjudicated guilty as to Counts One and Twelve of the Superseding .

3. That sentencing be scheduled for *September 15, 2011 at 8:30 a.m.* **Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.**

**DONE and ORDERED** at Tampa, Florida this 23rd day of June, 2011.

SUSAN C. BUCKLEW
United States District Judge

Copies to:    Counsel of Record
              U.S. Probation Office
              U.S. Pretrial Services
              U.S. Marshal Service